UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE GOLDEN,<br><br>               Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A, INC.,<br><br>               Defendant. | Case No. 1:18-cv-00033 LJO JLT<br><br>**ORDER GRANTING STIPULATION TO STAY THE CASE FOR 90 DAYS**<br><br>**(Doc. 20)** |

      The parties have stipulated to stay the case to allow them to focus on settling the action. Based upon the stipulation, the Court **ORDERS**:

      1.    The action is **STAYED**;

      2.    **Within five days of resolution** of the matter but no later than **March 1, 2019**, the parties **SHALL** file a joint status report detailing the progress of settlement efforts and whether the stay should be lifted.

///
///
///
///
///
///

**The parties are advised that the Court does not anticipate extending the stay beyond this initial 90-day period. Thus, they SHALL diligently and expeditiously pursue their settlement discussions.**

IT IS SO ORDERED.

Dated: **December 10, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4837-8759-0759 v1

- 2 -

CASE NO. 1:18-CV-00365-LJO-JLT
STIPULATION FOR 28-DAY EXTENSION OF
TIME TO FILE RESPONSE TO COMPLAINT