UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE GOLDEN,<br><br>        Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A, INC.,<br><br>        Defendant. | Case No. 1:18-cv-00033 LJO JLT<br><br>**ORDER LIFTING THE STAY AND AMENDED CASE SCHEDULE**<br><br>**(Doc. 34)** |

The parties report that they were unable to resolve the case. Thus, the Court **ORDERS:**

1. The stay is **LIFTED**;

2. The case schedule (Doc. 26) is amended as follows:

    a. Any motions to amend or stipulation to amend a pleading **SHALL** be filed no later than **March 26, 2019**;

    b. All non-expert discovery **SHALL** be completed no later than **June 17, 2019** and all expert discovery **SHALL** be completed no later than **September 30, 2019**. The parties **SHALL** disclose experts no later than **July 15, 2019** and any rebuttal experts no later than August 12, 2019;

    c. Any non-dispositive motions **SHALL** be filed no later than **August 30, 2019** and heard no later than **September 30, 2019**;

    d. Any dispositive motions **SHALL** be filed no later than **October 14, 2019**

1

and heard no later than **November 26, 2019**;

      e.    The motion for class certification **SHALL** be filed no later than **December 17, 2019** and heard no later than **April 14, 2020**. The opposition **SHALL** be filed no later than **January 28, 2020** and the optional reply may be filed no later than **February 25, 2020**;

      f.    The mid-discovery status conference is **CONTINUED** to **April 22, 2019** at 9:45 a.m.

**No other modifications to the case schedule are authorized.**

IT IS SO ORDERED.

Dated: **March 5, 2019**                  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4837-8759-0759 v1

- 2 -

CASE NO. 1:18-CV-00365-LJO-JLT
STIPULATION FOR 28-DAY EXTENSION OF
TIME TO FILE RESPONSE TO COMPLAINT