## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CLYDE GOLDEN,**

CASE NO: **1:18–CV–00033–DAD–JLT**

v.

**HOME DEPOT U.S.A., INC.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/21/2020**

**Keith Holland**
Clerk of Court

ENTERED:  **May 21, 2020**

by: /s/ O. Rivera
Deputy Clerk